26979, 26994.   McCANN v. McCRAINE (two cases).

UNDERCOFLER, Justice. Under the decision in *McCann v. McCraine,* 228 Ga. 814, affirming the judgment of the trial court, the questions presented in these appeals of whether the trial court erred in requiring a supersedeas bond and enjoining the defendant ex parte from acts calculated to persuade a certain witness from testifying are moot.

*Appeals dismissed. All the Justices concur.*

SUBMITTED FEBRUARY 14, 1972—DECIDED MARCH 9, 1972.

*Wyatt & Wyatt, L. M. Wyatt,* for appellant.
*Alfred F. Zachry,* for appellee.